IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> ROY E. LADD, INC., a California corporation, LADD AND ASSOCIATES, INC., a California corporation, and CRAIG PATRICK WISEMAN, an individual <br><br> Defendants. | No. C 15-02393 WHA <br><br> **ORDER DISMISSING CLAIMS AGAINST DEFENDANT CRAIG PATRICK WISEMAN WITHOUT PREJUDICE** |

Pursuant to the parties' stipulation, all claims in this action against defendant Craig Patrick Wiseman are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: August 24, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE