**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, AND BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | No. C 15-02393 WHA (lead)<br>No. C 15-02395 WHA (consolidated) |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| ROY E. LADD, INC., a California corporation, LADD AND ASSOCIATES, a California corporation, and CRAIG PATRICK WISEMAN, an individual, | |
| Defendants. / | |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, AND | |

BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

    Plaintiffs,

v.

ROY E. LADD, INC., a California corporation, LADD AND ASSOCIATES, a California corporation, and CRAIG PATRICK WISEMAN, an individual,

    Defendants.

/

The parties have filed a stipulation seeking to dismiss this action without prejudice. Good cause shown, the action is hereby **DISMISSED** without prejudice. The Clerk shall please close the file.

**IT IS SO ORDERED.**

Dated:   October 20, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2